

# Fourth Court of Appeals
## San Antonio, Texas

February 18, 2022

No. 04-21-00535-CV

**TEXAS BRANDON CORPORATION, INC**. and Ronald Wilson,
Appellants

v.

**EOG, KARBUHN OIL COMPANY**, Robert E. Brandt, Chad E. Brandt, Joachim K. Leicht,
Dick A. Tracy, and Alicat, Energy,
Appellees

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 16-03-00066-CVK
Honorable Lynn Ellison, Judge Presiding

# O R D E R

On February 14, 2022, appellants filed their appellants' brief. The brief does not comply with Rule 38.1 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 38.1. Specifically, the brief violates Texas Rule of Appellate Procedure 38.1 because it does not contain a statement of facts *with record references* or a proper legal argument *with appropriate citations to authorities and the appellate record*. *See id.* R. 38.1(g), 38.1(i).

Accordingly, we **ORDER** appellants' brief **STRICKEN** and **ORDER** appellants to file an amended brief in this court complying with Rules 38.1 **on or before March 11, 2022** or this appeal will be dismissed for want of prosecution. *See id.* R. 38.9, 42.3.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of February, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court